OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 25. 2015

6/24/2015
WHITE, RONALD LANCE   Tr. Ct. No. 69199-01-E                    WR-83,392-01
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RONALD LANCE WHITE
~~S ~~ - TDC # 1968583
~~1920~~
~~TC, TX 7954~~

RETURN TO SENDER:
____ UNAPPROVED OFFENDER CORRESP
____ INVALID TDCJ-ID #
✓ RELEASED

N3B 77954